**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MATHEWS, THOMAS P | § | Case No. 11-82530 |
| MATHEWS, LOIS M | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on June 01, 2011. The case was converted to one under Chapter 7 on May 30, 2012. The undersigned trustee was appointed on July 05, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        481,014.25

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 61,947.22 |
   | Administrative expenses | 125,659.17 |
   | Bank service fees | 2,478.90 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 290,928.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/09/2012 and the deadline for filing governmental claims was 10/09/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,805.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $25,805.06, for a total compensation of $25,805.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $918.08, for total expenses of $918.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2015            By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Period Ending:** 02/06/15  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/30/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/09/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7812 Oakwood, Wonder Lake, IL - rental house | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3145 E. Lake Shore Drive, Wonder Lake, IL 60097 | 700,000.00 | 0.00 | | 0.00 | FA |
| 3 | 7312 Hancock, Wonder Lake, IL - service station | 120,000.00 | 0.00 | | 0.00 | FA |
| 4 | 7812 Oakwood, Wonder Lake, IL - rental house | 160,000.00 | 0.00 | | 0.00 | FA |
| 5 | 60 acres, Greenwood, ($1,200,000.00) and 180 acr | 5,200,000.00 | 0.00 | | 0.00 | FA |
| 6 | McHenry Savings - Account #1020119945 in the nam | 4,570.84 | 0.00 | | 0.00 | FA |
| 7 | McHenry Savings -Acct #1020122501 in the name of | 971.86 | 0.00 | | 0.00 | FA |
| 8 | McHenry Savings Bank - Acct #1020121016 in the n | 380.00 | 0.00 | | 0.00 | FA |
| 9 | McHenry Savings McHenry, IL checking account - f | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | misc. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 12 | misc. items | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | McHenry Shores Water Company 553 customer at $90 | 4,977,000.00 | 450,000.00 | | 427,014.25 | FA |
| 14 | Crystal Clear Water Compay 294 cumsters at $9000 | 2,645,000.00 | 238,000.00 | | 0.00 | FA |
| 15 | T.P. Mathews Enterprises - office furnishings an | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | Terry Mathews | 527,592.00 | 0.00 | | 0.00 | FA |
| 17 | 1994 Cadillac | 2,500.00 | 0.00 | | 0.00 | FA |
| 18 | 1995 Tahoe | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | 1974 Ford Truck | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 1967 Cadillac | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1974 Pontoon | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 1986 Deck | 500.00 | 0.00 | | 0.00 | FA |
| 23 | tractor-grass cutter | 200.00 | 0.00 | | 0.00 | FA |
| 24 | Trust #13997 House, 3145 E. Lake Shore Drive, Wo | 69,000.00 | 0.00 | | 0.00 | FA |
| 25 | Trust #1388 Oakwood Shores Lots | 175,000.00 | 0.00 | | 0.00 | FA |
| 26 | Trust #13998 All Wooded Shores 21 lots - THE LOT | 180,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Period Ending:** 02/06/15

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/30/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/09/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Trust #13999 - Hebron, IL - 180 acres | 2,800,000.00 | 100,000.00 | | 54,000.00 | FA |
| 28 | Trust #14000 - 60 acres on Greenwood Road, Woods | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 28 | **Assets   Totals** (Excluding unknown values) | **$18,981,714.70** | **$788,000.00** | | **$481,014.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold a water utility that was a separate corporation from the underlying Debtor. During the reporting period the Trustee also caused to be filed the federal corporate income tax returns and caused all corporate creditors to be paid in full. Should be a surplus leftover. There should be nothing left to administer at this stage. Final report should be filed in January 2015.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   January 12, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-82530 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | MATHEWS, THOMAS P | | **Bank Name:** | The Bank of New York Mellon |
| | MATHEWS, LOIS M | | **Account:** | ****-******56-66 - Checking Account |
| **Taxpayer ID #:** | **-***3520 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 02/06/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/12 | {27} | Benjamin Leedle | Hebron, IL farm property | 1229-000 | 36,000.00 | | 36,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.14 | 35,918.86 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.60 | 35,845.26 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.00 | 35,774.26 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 35,774.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,000.00 | 36,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,774.26 | |
| | | | **Subtotal** | | 36,000.00 | 225.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,000.00** | **$225.74** | |

{} Asset reference(s)

Printed: 02/06/2015 03:45 PM   V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Taxpayer ID #:** **-***3520  
**Period Ending:** 02/06/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 35,774.26 | | 35,774.26 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.87 | 35,719.39 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.95 | 35,671.44 |
| 03/20/13 | 10101 | Matuszewich, Kelly & McKeever LLP | Per Court order 3/18/13 | 3210-600 | | 7,867.80 | 27,803.64 |
| 03/20/13 | 10102 | Bruning & Associates, P.C. | Per Court order 3/18/13 | 3210-600 | | 7,768.12 | 20,035.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.35 | 19,988.17 |
| 04/12/13 | {27} | Benjamin W. Leedle | land rental | 1229-000 | 18,000.00 | | 37,988.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.61 | 37,944.56 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.39 | 37,888.17 |
| 06/05/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-82530, Bond #016018067 | 2300-000 | | 36.35 | 37,851.82 |
| 06/27/13 | | McHenry County Clerk | redeem 2009 taxes PIN 14-02-455-020 | 2820-000 | | 5,022.62 | 32,829.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.59 | 32,778.61 |
| 07/19/13 | 10104 | Bruning & Associates, P.C. | per Court order of 7/19 - Special Counsel fees/costs | 3210-600 | | 6,874.51 | 25,904.10 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.21 | 25,853.89 |
| 08/20/13 | | McHenry County Clerk | 19-10-151-001 (redeem 2009, 2010, 2011 & 2012 taxes | 2820-000 | | 13,706.11 | 12,147.78 |
| 08/21/13 | 10105 | Guyer & Enichen | per Ct. Order 8/19 pay attys | 3210-600 | | 686.00 | 11,461.78 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.48 | 11,431.30 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.89 | 11,415.41 |
| 10/03/13 | | McHenry County Treasurer | PIN 14-02-455-019 (2009-2012) | 2820-000 | | 6,427.77 | 4,987.64 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,977.64 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,967.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,957.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,947.64 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,937.64 |
| 03/14/14 | 10106 | Joel Aronson | Per Court order of 3/12 - pay acct fees | 3310-000 | | 500.00 | 4,437.64 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,427.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,417.64 |
| 06/03/14 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #11-82530, Bond #016018067 | 2300-000 | | 339.57 | 4,078.07 |
| 07/16/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 20.00 | 4,058.07 |

Subtotals :   $53,774.26   $49,716.19

{} Asset reference(s)                                                                 Printed: 02/06/2015 03:45 PM   V.13.21

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-82530 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MATHEWS, THOMAS P | | Bank Name: | Rabobank, N.A. |
| | MATHEWS, LOIS M | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***3520 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,048.07 |
| 09/04/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,038.07 |
| 09/05/14 | | From Account #******1167 | Per Court Order of 9/3/14 | 9999-000 | 317,584.88 | | 321,622.95 |
| 09/08/14 | 10108 | Craig A. Willette | Per Court Order of 8/12/14 for professional services | 3110-000 | | 4,682.00 | 316,940.95 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 382.59 | 316,558.36 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 470.49 | 316,087.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 409.17 | 315,678.70 |
| 12/02/14 | 10109 | Barrick, Switzer, Long, Balsley & Van Evera | per court order 12/1/14 | 6210-160 | | 23,121.00 | 292,557.70 |
| 12/31/14 | 10110 | Illinois Department of Revenue | pymt of late IL business taxes period 4/30/13 | 6950-730 | | 1,145.17 | 291,412.53 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 483.57 | 290,928.96 |
| | | | ACCOUNT TOTALS | | 371,359.14 | 80,430.18 | $290,928.96 |
| | | | Less: Bank Transfers | | 353,359.14 | 0.00 | |
| | | | **Subtotal** | | 18,000.00 | 80,430.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,000.00** | **$80,430.18** | |

{} Asset reference(s)                                                                    Printed: 02/06/2015 03:45 PM     V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-82530 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MATHEWS, THOMAS P | | Bank Name: | Rabobank, N.A. |
| | MATHEWS, LOIS M | | Account: | ******1167 - Checking Account |
| Taxpayer ID #: | **-***3520 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/14 | | First American Title Insurance Co. | Sale of MSWC to Aqua Illinois | | 355,473.38 | | 355,473.38 |
| | {13} | | 427,014.25 | 1129-000 | | | 355,473.38 |
| | | | 2013 taxes (parcel 019)     -900.32 | 4700-070 | | | 355,473.38 |
| | | | 2013 taxes (parcel 020)   -3,180.02 | 4700-000 | | | 355,473.38 |
| | | | 2013 taxes (parcel 021)  -11,734.30 | 4700-000 | | | 355,473.38 |
| | | | Payoff loan to McHenry   -46,132.58 Co. Clerk | 4700-000 | | | 355,473.38 |
| | | | County taxes            -5,892.65 | 2820-000 | | | 355,473.38 |
| | | | closing fees/weed       -3,701.00 liens/searches | 2500-000 | | | 355,473.38 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.82 | 355,279.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.83 | 354,779.73 |
| 07/16/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -693.65 | 355,473.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 482.83 | 354,990.55 |
| 09/04/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -482.83 | 355,473.38 |
| 09/04/14 | 101 | Beth Mathews | Per Court Order 9/3/14 | 2500-000 | | 12,180.00 | 343,293.38 |
| 09/04/14 | 102 | J. Aronson, Ltd. | Per Court order 9/3/14 | 2500-000 | | 11,147.50 | 332,145.88 |
| 09/04/14 | 103 | McHenry County Custom Builders, Inc. | Per Court order 9/3/14 | 2500-000 | | 13,600.00 | 318,545.88 |
| 09/04/14 | 104 | Campion, Curran, Dunlop | Per Court Order 9/3/14 | 2500-000 | | 961.00 | 317,584.88 |
| 09/05/14 | | To Account #******1166 | Per Court Order of 9/3/14 | 9999-000 | | 317,584.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 355,473.38 | 355,473.38 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 317,584.88 | |
| | | | **Subtotal** | | 355,473.38 | 37,888.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$355,473.38** | **$37,888.50** | |

{} Asset reference(s)

Printed: 02/06/2015 03:45 PM   V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 11-82530 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | MATHEWS, THOMAS P | | **Bank Name:** | Rabobank, N.A. |
| | MATHEWS, LOIS M | | **Account:** | ******1167 - Checking Account |
| **Taxpayer ID #:** | **-***3520 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 02/06/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |
|---|---|
| Net Receipts : | 409,473.38 |
| Plus Gross Adjustments : | 71,540.87 |
| Net Estate : | $481,014.25 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******56-66 | 36,000.00 | 225.74 | 0.00 |
| Checking # ******1166 | 18,000.00 | 80,430.18 | 290,928.96 |
| Checking # ******1167 | 355,473.38 | 37,888.50 | 0.00 |
| | $409,473.38 | $118,544.42 | $290,928.96 |

{} Asset reference(s)

# Exhibit "C" - Analysis of Claims Register

## Case:  11-82530   MATHEWS, THOMAS P

**Case Balance:** $290,928.96    **Total Proposed Payment:** $290,928.96    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 918.08 | 918.08 | 0.00 | 918.08 | 918.08 | 290,010.88 |
|  | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 25,805.06 | 25,805.06 | 0.00 | 25,805.06 | 25,805.06 | 264,205.82 |
|  | Yalden, Olsen & Willette <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 11,862.50 | 11,862.50 | 0.00 | 11,862.50 | 11,862.50 | 252,343.32 |
| 9 | Deutsche Bank National Trust Co, Trustee for | Secured | 647,446.63 | 0.00 | 0.00 | 0.00 | 0.00 | 252,343.32 |
|  | Illinois Attorney General's Office (ADMINISTRATIVE) <br> <6990-00   Other Prior Chapter Administrative Expenses> | Admin Ch. 11 | 0.00 | 9,500.00 | 0.00 | 9,500.00 | 9,500.00 | 242,843.32 |
|  | Attorney James E. Stevens <br> <6210-16   Attorney for D-I-P Fees (Chapter 11)> | Admin Ch. 11 | 23,121.00 | 0.00 | 0.00 | 0.00 | 0.00 | 242,843.32 |
| 12 | Office of the United States Trustee | Priority | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 | 242,193.32 |
| 1 | TARGET NATIONAL BANK | Unsecured | 56.95 | 56.95 | 0.00 | 56.95 | 56.95 | 242,136.37 |
| 2 | TARGET NATIONAL BANK | Unsecured | 2,517.13 | 2,517.13 | 0.00 | 2,517.13 | 2,517.13 | 239,619.24 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 3,858.13 | 3,858.13 | 0.00 | 3,858.13 | 3,858.13 | 235,761.11 |
| 4 | Chase Bank USA, N.A. | Unsecured | 5,333.36 | 5,333.36 | 0.00 | 5,333.36 | 5,333.36 | 230,427.75 |
| 5 | Chase Bank USA, N.A. | Unsecured | 3,473.25 | 3,473.25 | 0.00 | 3,473.25 | 3,473.25 | 226,954.50 |
| 6 | GE Money Bank | Unsecured | 1,564.78 | 1,564.78 | 0.00 | 1,564.78 | 1,564.78 | 225,389.72 |
| 7 | GE Money Bank | Unsecured | 4,444.40 | 4,444.40 | 0.00 | 4,444.40 | 4,444.40 | 220,945.32 |
| 8 | Internal Revenue Service CIO | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 220,945.32 |
| 8 -2 | Internal Revenue Service CIO | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 220,945.32 |
| 11 | Matuszewich, Kelly & McKeever, LLP | Unsecured | 50,310.97 | 50,310.97 | 0.00 | 50,310.97 | 50,310.97 | 170,634.35 |
| 13 | Master Property Owners Association | Unsecured | 99,005.06 | 99,005.06 | 0.00 | 99,005.06 | 99,005.06 | 71,629.29 |
| 14 | Matuszewich, Kelly & McKeever, LLP | Unsecured | 48,425.98 | 0.00 | 0.00 | 0.00 | 0.00 | 71,629.29 |
| 15 | Jim Campion | Unsecured | 14,111.00 | 14,111.00 | 0.00 | 14,111.00 | 14,111.00 | 57,518.29 |
| 16 | American InfoSource LP as agent for | Unsecured | 56.95 | 0.00 | 0.00 | 0.00 | 0.00 | 57,518.29 |
| 17 | American InfoSource LP as agent for | Unsecured | 2,517.13 | 0.00 | 0.00 | 0.00 | 0.00 | 57,518.29 |
| 18 | FIA CARD SERVICES, N.A. | Unsecured | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 | 3,500.00 | 54,018.29 |

# Exhibit "C" - Analysis of Claims Register

## Case:  11-82530   MATHEWS, THOMAS P

| **Case Balance:** | $290,928.96 | **Total Proposed Payment:** | $290,928.96 | **Remaining Balance:** | $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2O | Wooded Shores PIA | Unsecured | 22,886.00 | 22,886.00 | 0.00 | 22,886.00 | 22,886.00 | 31,132.29 |
| 1I | TARGET NATIONAL BANK | Unsecured | 0.33 | 0.33 | 0.00 | 0.33 | 0.33 | 31,131.96 |
| 2I | TARGET NATIONAL BANK | Unsecured | 14.50 | 14.50 | 0.00 | 14.50 | 14.50 | 31,117.46 |
| 3I | Capital One Bank (USA), N.A. | Unsecured | 22.22 | 22.22 | 0.00 | 22.22 | 22.22 | 31,095.24 |
| 4I | Chase Bank USA, N.A. | Unsecured | 30.72 | 30.72 | 0.00 | 30.72 | 30.72 | 31,064.52 |
| 5I | Chase Bank USA, N.A. | Unsecured | 20.00 | 20.00 | 0.00 | 20.00 | 20.00 | 31,044.52 |
| 6I | GE Money Bank | Unsecured | 9.01 | 9.01 | 0.00 | 9.01 | 9.01 | 31,035.51 |
| 7I | GE Money Bank | Unsecured | 25.60 | 25.60 | 0.00 | 25.60 | 25.60 | 31,009.91 |
| 11I | Matuszewich, Kelly & McKeever, LLP | Unsecured | 289.75 | 289.75 | 0.00 | 289.75 | 289.75 | 30,720.16 |
| 12I | Office of the United States Trustee | Unsecured | 3.74 | 3.74 | 0.00 | 3.74 | 3.74 | 30,716.42 |
| 13I | Master Property Owners Association | Unsecured | 570.19 | 570.19 | 0.00 | 570.19 | 570.19 | 30,146.23 |
| 15I | Jim Campion | Unsecured | 81.27 | 81.27 | 0.00 | 81.27 | 81.27 | 30,064.96 |
| 18I | FIA CARD SERVICES, N.A. | Unsecured | 20.16 | 20.16 | 0.00 | 20.16 | 20.16 | 30,044.80 |
| 20I | Wooded Shores PIA | Unsecured | 131.80 | 131.80 | 0.00 | 131.80 | 131.80 | 29,913.00 |
| SURPLUS | MATHEWS, THOMAS P | Unsecured | 29,913.00 | 29,913.00 | 0.00 | 29,913.00 | 29,913.00 | 0.00 |
| | **Total for Case 11-82530 :** | | **$1,002,996.65** | **$290,928.96** | **$0.00** | **$290,928.96** | **$290,928.96** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $61,706.64 | $48,085.64 | $0.00 | $48,085.64 | 100.000000% |
| **Total Priority Claims :** | $650.00 | $650.00 | $0.00 | $650.00 | 100.000000% |
| **Total Secured Claims :** | $647,446.63 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $293,193.38 | $242,193.32 | $0.00 | $242,193.32 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 11-82530
Case Name: MATHEWS, THOMAS P
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                                    $        290,928.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Deutsche Bank National Trust Co, Trustee for | 647,446.63 | 0.00 | 0.00 | 0.00 |

                    Total to be paid to secured creditors:    $              0.00
                    Remaining balance:                        $        290,928.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 25,805.06 | 0.00 | 25,805.06 |
| Trustee, Expenses - JOSEPH D. OLSEN | 918.08 | 0.00 | 918.08 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 11,862.50 | 0.00 | 11,862.50 |

            Total to be paid for chapter 7 administration expenses:    $         38,585.64
            Remaining balance:                                          $        252,343.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Attorney James E. Stevens | 0.00 | 0.00 | 0.00 |
| Other Expenses: Illinois Attorney General's Office (ADMINISTRATIVE) | 9,500.00 | 0.00 | 9,500.00 |

            Total to be paid for prior chapter administrative expenses:    $          9,500.00
            Remaining balance:                                              $        242,843.32

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $650.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 650.00 |
| Remaining balance: | $ | 242,193.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 188,175.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 56.95 | 0.00 | 56.95 |
| 2 | TARGET NATIONAL BANK | 2,517.13 | 0.00 | 2,517.13 |
| 3 | Capital One Bank (USA), N.A. | 3,858.13 | 0.00 | 3,858.13 |
| 4 | Chase Bank USA, N.A. | 5,333.36 | 0.00 | 5,333.36 |
| 5 | Chase Bank USA, N.A. | 3,473.25 | 0.00 | 3,473.25 |
| 6 | GE Money Bank | 1,564.78 | 0.00 | 1,564.78 |
| 7 | GE Money Bank | 4,444.40 | 0.00 | 4,444.40 |
| 8 | Internal Revenue Service CIO | 0.00 | 0.00 | 0.00 |
| 8 -2 | Internal Revenue Service CIO | 0.00 | 0.00 | 0.00 |
| 11 | Matuszewich, Kelly & McKeever, LLP | 50,310.97 | 0.00 | 50,310.97 |
| 13 | Master Property Owners Association | 99,005.06 | 0.00 | 99,005.06 |
| 14 | Matuszewich, Kelly & McKeever, LLP | 0.00 | 0.00 | 0.00 |
| 15 | Jim Campion | 14,111.00 | 0.00 | 14,111.00 |
| 16 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 17 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 18 | FIA CARD SERVICES, N.A. | 3,500.00 | 0.00 | 3,500.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 188,175.03 |
| Remaining balance: | $ 54,018.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 22,886.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Wooded Shores PIA | 22,886.00 | 0.00 | 22,886.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 22,886.00 |
| Remaining balance: | $ 31,132.29 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 31,132.29 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,219.29. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,913.00.

**UST Form 101-7-TFR (05/1/2011)**