# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MATHEWS, THOMAS P  § Case No. 11-82530
     MATHEWS, LOIS M  §
       §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/04/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  02/10/2015             By:  /s/JOSEPH D. OLSEN
                                                                                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MATHEWS, THOMAS P | § | Case No. 11-82530 |
| MATHEWS, LOIS M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $     481,014.25 |
| *and approved disbursements of* | $     190,085.29 |
| *leaving a balance on hand of* [1] | $     290,928.96 |
| **Balance on hand:** | $     290,928.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Deutsche Bank National Trust Co, Trustee for | 647,446.63 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $          0.00 |
| Remaining balance: | $     290,928.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 25,805.06 | 0.00 | 25,805.06 |
| Trustee, Expenses - JOSEPH D. OLSEN | 918.08 | 0.00 | 918.08 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 11,862.50 | 0.00 | 11,862.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $     38,585.64 |
| Remaining balance: | $    252,343.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Attorney James E. Stevens | 0.00 | 0.00 | 0.00 |
| Other Expenses: Illinois Attorney General's Office (ADMINISTRATIVE) | 9,500.00 | 0.00 | 9,500.00 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 9,500.00 |
| Remaining balance: | $ | 242,843.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $650.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 650.00 |
| Remaining balance: | $ | 242,193.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 188,175.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 56.95 | 0.00 | 56.95 |
| 2 | TARGET NATIONAL BANK | 2,517.13 | 0.00 | 2,517.13 |
| 3 | Capital One Bank (USA), N.A. | 3,858.13 | 0.00 | 3,858.13 |
| 4 | Chase Bank USA, N.A. | 5,333.36 | 0.00 | 5,333.36 |
| 5 | Chase Bank USA, N.A. | 3,473.25 | 0.00 | 3,473.25 |
| 6 | GE Money Bank | 1,564.78 | 0.00 | 1,564.78 |
| 7 | GE Money Bank | 4,444.40 | 0.00 | 4,444.40 |
| 8 | Internal Revenue Service CIO | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 -2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 11 | Matuszewich, Kelly & McKeever, LLP | 50,310.97 | 0.00 | 50,310.97 |
| 13 | Master Property Owners Association | 99,005.06 | 0.00 | 99,005.06 |
| 14 | Matuszewich, Kelly & McKeever, LLP | 0.00 | 0.00 | 0.00 |
| 15 | Jim Campion | 14,111.00 | 0.00 | 14,111.00 |
| 16 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 17 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 18 | FIA CARD SERVICES, N.A. | 3,500.00 | 0.00 | 3,500.00 |

Total to be paid for timely general unsecured claims:  $  188,175.03
Remaining balance:  $  54,018.29

Tardily filed claims of general (unsecured) creditors totaling $ 22,886.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | Wooded Shores PIA | 22,886.00 | 0.00 | 22,886.00 |

Total to be paid for tardy general unsecured claims:  $  22,886.00
Remaining balance:  $  31,132.29

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  31,132.29

**UST Form 101-7-NFR (10/1/2010)**

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $1,219.29.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $29,913.00.


                                      Prepared By: /s/JOSEPH D. OLSEN
                                                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 11-82530-TML
Thomas P Mathews                                              Chapter 7
Lois M Mathews
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon               Page 1 of 3                  Date Rcvd: Feb 13, 2015
                              Form ID: pdf006            Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
db/jdb         +Thomas P Mathews,    Lois M Mathews,    3145 E. Lake Shore Drive,   Wonder Lake, IL 60097-9371
aty            +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
                 Rockford, IL 61104-2228
17481549       +AJD Sales, LLC,    POB 2272,   Crystal Lake, IL 60039-2272
19635792       +Attorney James E. Stevens,    6833 Stalter Drive,    Rockford, IL 61108-2579
19285023      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
18355473       +Ben Leedle,   W2802 State Line Road,    Lake Geneva, WI 53147-4268
17481550        Capital One,   POB 30285,    Salt Lake City, UT 84130-0285
17537867        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
17359533        Chase,   Card Member Service,    POB 15153,   Wilmington, DE 19886-5153
17359532        Chase,   POB 9001123,    Louisville, KY 40290-1123
17539095        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
19487798       +Citizens First National Bank,    c/o Howard & Howard Attorneys PLLC,
                 211 Fulton Street, Suite 600,    Peoria, Illinois 61602-1350
17359536       +Dean Krone,   3030 Salt Creek Lane, Suite 202,    Arlington Heights, IL 60005-5002
18052590       +Deutsche Bank National Trust Co, Trustee for,    WAMU Mortgage Pass-Through Certificates,
                 c/o JP Morgan Chase Bank, N.A.,    3415 Vision Drive, Mail Stop: OH4-7302,
                 Columbus, Ohio 43219-6009
17481557       +ETC Cust FBO M Aguirr,    POB 7353,   Laguna Niguel, CA 92607-7353
17481556       +Entrust FBO,   Franley IRA,    Box 7353,   Laguna Niguel, CA 92607-7353
17481558        FIA Card Services,    POB 851001,   Dallas, TX 75285-1001
17481559       +Hal Davis,   807 Buena Vista,    Round Lake, IL 60073-2436
17359537       +Hecht Shepherd LLC,    100 No. Benton Street,   Woodstock, IL 60098-3299
17359538       +Hey and Associates,    26575 W. Commerce Drive, Suite 601,    Volo, IL 60073-9662
19490224       +Howard & Howard Attorneys PLLC,    211 Fulton Street Suite 600,    Peoria, IL 61602-1350
18102605       +Illinois Attorney General’s Office,    c/o Kathryn A. Pamenter,    69 W. Washington Street,
                 18th Floor,   Chicago, IL 60602-3018
17481562       +Interstate Funding,    820 Church Ste 200,   Evanston, IL 60201-5603
17359539       +Jim Campion,    Campion, Curran, Dunlop, etc.,    8600 US Highway 14, Suite 201,
                 Crystal Lake, IL 60012-2700
17359540       +Joel Aronson, LLC,    270 Jamie Lane,   Wauconda, IL 60084-1079
21653352        Master Property Owners Association,    c/o Daniel M. Donahue,    McGreevy Williams, PC,
                 6735 Vistagreen Way,    POB 2903,   Rockford, IL 61132-2903
17481565       +Master Property Owners Association,    c/o Dean Krone,   3030 Salt Creek Lane, Suite 202,
                 Arlington Heights, IL 60005-5002
17359541       +Master Property Owners Association,    C/O Bradley J Waler,
                 Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,   Sycamore, IL 60178-3140
17359543       +McHenry County Clerk,    2100 No. Seminary Avenue,    Woodstock, IL 60098-2642
17481568       +McHenry County Trustee,    2100 No. Sminary,   Woodstock, IL 60098-2642
17481572       +Menards/HSBC Business Solutions,    POB 5219,   Carol Stream, IL 60197-5219
19005344       +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
17481573       +Patel Harsad,   757 W. Dundee Rd.,    Wheeling, IL 60090-2605
17481574        Patel Jignesh,   3628 E. Ridgeway Road,    Orange, CA 92867
17481576       +RKNK Corp,   1 W Dundee Rd #203,    Buffalo Grove, IL 60089-3770
17481575       +Retax Corp,   POB 294,   Franklin Park, IL 60131-0294
17481577       +Sabre Group, LLC,    POB 3074,   Carbondale, IL 62902-3074
17481578       +Sears Charge,   POB 6282,   Sioux Falls, SD 57117-6282
17359546       +Steven Cuda,    101 East Van Buren Street,   Woodstock, IL 60098-3215
17481580        Target National Bank,    POB 660170,   Dallas, TX 75266-0170
17481581       +Terry Mathews,    7314 Hancock Drive,   Wonder Lake, IL 60097-8753
17481591        US Bank,   2 Liberty Place, 16th Street, Suit,    Philadelphia, PA 19102
17481582        US Bank,   2 Liberty Place,    16th Street, suite 1950,    Philadelphia, PA
22551396       +Wooded Shores PIA,    Steven J. Cuda/Hamer, Schuh & Cuda,    101 Van Buren Street,
                 Woodstock, IL 60098-3215
17359547        Wooded Shores Property Improvement,    c/o Steven Cuda,   101 Est Van Buren Street,
                 Woodstock, IL 60098
17481595       +Z Financial,   100 Tanglewood Drive,    Freeport, IL 61032-6842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19281139       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2015 01:18:36
                 American InfoSource LP as agent for,    Target,   PO Box 248866,
                 Oklahoma City, OK 73124-8866
17359535      +E-mail/Text: heather.stabler@citizens1st.com Feb 14 2015 01:11:42
                 Citizens First National Bank,    606 South Main Street,   Princeton, IL 61356-2080
18355474      +E-mail/Text: danamcconnell@clearchannel.com Feb 14 2015 01:13:24     Clear Channel Outdoor, Inc,
                 4000 south Morgn Street,    Chicago, Il 60609-2581
17722677       E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:28     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17754409       E-mail/Text: cio.bncmail@irs.gov Feb 14 2015 01:12:05     Internal Revenue Service CIO,
                 11601 Roosevelt Blvd,    Mail Drop Point N781,   Philadelphia PA 19154
```

```
District/off: 0752-3          User: ldixon              Page 2 of 3                  Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21653352       E-mail/Text: ddonahue@mjwpc.com Feb 14 2015 01:13:24    Master Property Owners Association,
                c/o Daniel M. Donahue,   McGreevy Williams, PC,   6735 Vistagreen Way,   POB 2903,
                Rockford, IL 61132-2903
17359544      +E-mail/Text: pthon@mchenrysavings.com Feb 14 2015 01:11:52     McHenry Savings Bank,
                353 Bank Drive,    Mchenry, IL 60050-0506
17481571      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 01:18:13     Meijer Platinum MC/GEMB,
                POB 960015,   Orlando, FL 32896-0015
17432602      +E-mail/Text: bncmail@w-legal.com Feb 14 2015 01:12:54    TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17487508*     +AJD Sales, LLC,   POB 2272,   Crystal Lake, IL 60039-2272
17487509*      Capital One,   POB 30285,   Salt Lake City, UT 84130-0285
17481551*      Chase,   POB 9001123,   Louisville, KY 40290-1123
17487504*      Chase,   POB 9001123,   Louisville, KY 40290-1123
17359534*      Chase,   Card Member Service,   POB 15153,   Wilmington, DE 19886-5153
17481552*      Chase,   Card Member Service,   POB 15153,   Wilmington, DE 19886-5153
17481553*      Chase,   Card Member Service,   POB 15153,   Wilmington, DE 19886-5153
17487510*      Chase,   Card Member Service,   POB 15153,   Wilmington, DE 19886-5153
17481554*     +Citizens First National Bank,   606 South Main Street,   Princeton, IL 61356-2080
17487505*     +Citizens First National Bank,   606 South Main Street,   Princeton, IL 61356-2080
17481555*     +Dean Krone,   3030 Salt Creek Lane, Suite 202,   Arlington Heights, IL 60005-5002
17487512*     +ETC Cust FBO M Aguirr,   POB 7353,   Laguna Niguel, CA 92607-7353
17487511*     +Entrust FBO, Franley IRA,   Box 7353,   Laguna Niguel, CA 92607-7353
17487513*      FIA Card Services,   POB 851001,   Dallas, TX 75285-1001
17487514*     +Hal Davis,   807 Buena Vista,   Round Lake, IL 60073-2436
17481560*     +Hecht Shepherd LLC,   100 No. Benton Street,   Woodstock, IL 60098-3299
17487515*     +Hecht Shepherd LLC,   100 No. Benton Street,   Woodstock, IL 60098-3299
17481561*     +Hey and Associates,   26575 W. Commerce Drive, Suite 601,   Volo, IL 60073-9662
17487516*     +Hey and Associates,   26575 W. Commerce Drive, Suite 601,   Volo, IL 60073-9662
17738749*      Internal Revenue Service CIO,   P.O. Box 7346,   Philadelphia, PA 19101-7346
17487517*     +Interstate Funding,   820 Church Ste 200,   Evanston, IL 60201-5603
17481563*     +Jim Campion,   Campion, Curran, Dunlop, etc.,   8600 US Highway 14, Suite 201,
                Crystal Lake, IL 60012-2700
17487518*     +Jim Campion,   Campion, Curran, Dunlop, etc.,   8600 US Highway 14, Suite 201,
                Crystal Lake, IL 60012-2700
17481564*     +Joel Aronson, LLC,   270 Jamie Lane,   Wauconda, IL 60084-1079
17487519*     +Joel Aronson, LLC,   270 Jamie Lane,   Wauconda, IL 60084-1079
17487520*     +Master Property Owners Association,   c/o Dean Krone,   3030 Salt Creek Lane, Suite 202,
                Arlington Heights, IL 60005-5002
19137442*     +Master Property Owners Association,   c/o Dean Krone,   3030 Salt Creek Lane, Suite 202,
                Arlington Heights, IL 60005-5002
17481566*     +Matuszewich, Kelly & McKeever, LLP,   453 Coventry Lane, Suite 104,
                Crystal Lake, IL 60014-7504
17488073*     +Matuszewich, Kelly & McKeever, LLP,   453 Coventry Lane, Suite 104,
                Crystal Lake, IL 60014-7504
17481567*     +McHenry County Clerk,   2100 No. Seminary Avenue,   Woodstock, IL 60098-2642
17487507*     +McHenry County Clerk,   2100 No. Seminary Avenue,   Woodstock, IL 60098-2642
17488074*     +McHenry County Trustee,   2100 No. Sminary,   Woodstock, IL 60098-2642
17359545*     +McHenry Savings Bank,   353 Bank Drive,   Mchenry, IL 60050-0506
17481569*     +McHenry Savings Bank,   353 Bank Drive,   Mchenry, IL 60050-0506
17481570*     +McHenry Savings Bank,   353 Bank Drive,   Mchenry, IL 60050-0506
17487506*     +McHenry Savings Bank,   353 Bank Drive,   Mchenry, IL 60050-0506
17488075*     +Meijer Platinum MC/GEMB,   POB 960015,   Orlando, FL 32896-0015
17488076*     +Menards/HSBC Business Solutions,   POB 5219,   Carol Stream, IL 60197-5219
17488077*     +Patel Harsad,   757 W. Dundee Rd.,   Wheeling, IL 60090-2605
17488078*      Patel Jignesh,   3628 E. Ridgeway Road,   Orange, CA 92867
17488080*     +RKNK Corp,   1 W Dundee Rd #203,   Buffalo Grove, IL 60089-3770
17488079*     +Retax Corp,   POB 294,   Franklin Park, IL 60131-0294
17488081*     +Sabre Group, LLC,   POB 3074,   Carbondale, IL 62902-3074
17488082*     +Sears Charge,   POB 6282,   Sioux Falls, SD 57117-6282
17481579*     +Steven Cuda,   101 East Van Buren Street,   Woodstock, IL 60098-3215
17488083*     +Steven Cuda,   101 East Van Buren Street,   Woodstock, IL 60098-3215
17488084*      Target National Bank,   POB 660170,   Dallas, TX 75266-0170
17488091*     +Terry Mathews,   7314 Hancock Drive,   Wonder Lake, IL 60097-8753
17481592*      US Bank,   2 Liberty Place, 16th Street, Suit,   Philadelphia, PA 19102
17481593*      US Bank,   2 Liberty Place, 16th Street, Suit,   Philadelphia, PA 19102
17488088*      US Bank,   2 Liberty Place, 16th Street, Suit,   Philadelphia, PA 19102
17481583*      US Bank,   2 Liberty Place,   16th Street, suite 1950,   Philadelphia, PA
17481584*      US Bank,   2 Liberty Place,   16th Street, suite 1950,   Philadelphia, PA
17481588*      US Bank,   2 Liberty Place,   16th Street, suite 1950,   Philadelphia, PA
17488085*      US Bank,   2 Liberty Place,   16th Street, suite 1950,   Philadelphia, PA
17488086*      US Bank,   2 Liberty Place,   16th Street, suite 1950,   Philadelphia, PA
17481585*      US Bank,   2 Liberty Place 16th Street,   Suite 1950,   Philadelphia, PA
17481586*      US Bank,   2 Liberty Place 16th Street,   Suite 1950,   Philadelphia, PA
17481587*      US Bank,   2 Liberty Place 16th Street,   Suite 1950,   Philadelphia, PA
17481589*      US Bank,   2 Liberty Place 16th Street,   Suite 1950,   Philadelphia, PA
```

```
District/off: 0752-3              User: ldixon             Page 3 of 3                Date Rcvd: Feb 13, 2015
                                  Form ID: pdf006          Total Noticed: 54


              ***** BYPASSED RECIPIENTS (continued) *****
17481590*         US Bank,    2 Liberty Place 16th Street,     Suite 1950,    Philadelphia, PA
17488087*         US Bank,    2 Liberty Place 16th Street,     Suite 1950,    Philadelphia, PA
17488089*         Wooded Shores Property,    Improvement,    c/o Steven Cuda,    101 Est Van Buren Street,
                   Woodstock, IL 60098
17481594*         Wooded Shores Property Improvement,     c/o Steven Cuda,    101 Est Van Buren Street,
                   Woodstock, IL 60098
17481596*        +Z Financial,    100 Tanglewood Drive,    Freeport, IL 61032-6842
17481597*        +Z Financial,    100 Tanglewood Drive,    Freeport, IL 61032-6842
17488090*        +Z Financial,    100 Tanglewood Drive,    Freeport, IL 61032-6842
18355475        ##+James and Amy Caccamo,    7812 Oakwood Drive,    Wonder Lake, IL 60097-9333
17359542        ##+Matuszewich, Kelly & McKeever, LLP,    453 Coventry Lane, Suite 104,
                   Crystal Lake, IL 60014-7504
                                                                                              TOTALS: 0, * 67, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2015 at the address(es) listed below:
              Amy A Aronson    on behalf of Creditor    McHenry Savings Bank amyaronson@comcast.net,
               amyaronson@comcast.net
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Daniel M Donahue    on behalf of Creditor    Master Property Owners Association of Wonder Lake
               ddonahue@mjwpc.com
              Graciela Mata    on behalf of Creditor    Citizens First National Bank gmata@howardandhoward.com,
               sessig@howardandhoward.com
              James E Stevens    on behalf of Joint Debtor Lois M Mathews jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com
              James E Stevens    on behalf of Spec. Counsel James E Stevens jimstevens@bslbv.com
              James E Stevens    on behalf of Debtor Thomas P Mathews jimstevens@bslbv.com
              Joseph D Olsen     Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Spec. Counsel Kevin W Bruning Jolsenlaw@comcast.net,
               IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Spec. Counsel    Guyer & Enichen Jolsenlaw@comcast.net,
               IL46@ECFCBIS.com
              Kathryn A. Pamenter    on behalf of Creditor    People Of The State Illinois Ex Rel
               KPamenter@atg.state.il.us
              Mark A Bogdanowicz    on behalf of Creditor    Heartland Bank and Trust Company, as successor in
               interest to Citizens First National Bank mbogdanowicz@howardandhoward.com,
               agordon@howardandhoward.com;sbrocksmith@howardandhoward.com
              Mark A Bogdanowicz    on behalf of Creditor    Citizens First National Bank
               mbogdanowicz@howardandhoward.com,   agordon@howardandhoward.com;sbrocksmith@howardandhoward.com
              Maura K. McKeever    on behalf of Debtor Thomas P Mathews maerikson@mkm-law.com
              Maura K. McKeever    on behalf of Joint Debtor Lois M Mathews maerikson@mkm-law.com
              Meredith S Fox    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, for
               the WaMu Mortgage Pass-Through Certificates, Series 2005-AR4 bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Timothy J. Howard    on behalf of Creditor    Citizens First National Bank
               thoward@howardandhoward.com,   psepich@howardandhoward.com
                                                                                             TOTAL: 21
```