**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MATHEWS, THOMAS P § Case No. 11-82530
      MATHEWS, LOIS M §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,204,714.70           Assets Exempt: $42,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $274,877.54      Claims Discharged
                                                      Without Payment: $406,157.32

Total Expenses of Administration: $176,223.71

---

    3) Total gross receipts of $481,014.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $29,913.00 (see **Exhibit 2**), yielded net receipts of $451,101.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,503,479.50 | $709,393.85 | $61,947.22 | $61,947.22 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 142,457.54 | 142,457.54 | 142,457.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 47,387.17 | 33,766.17 | 33,766.17 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 650.00 | 650.00 | 650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 415,017.18 | 263,280.38 | 212,280.32 | 212,280.32 |
| **TOTAL DISBURSEMENTS** | $1,918,496.68 | $1,163,168.94 | $451,101.25 | $451,101.25 |

4) This case was originally filed under Chapter 7 on June 01, 2011. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2015          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| McHenry Shores Water Company 553 customer at $90 | 1129-000 | 427,014.25 |
| Trust #13999 - Hebron, IL - 180 acres | 1229-000 | 54,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$481,014.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MATHEWS, THOMAS P | Dividend paid 100.00% on $29,913.00; Claim# SURPLUS; Filed: $29,913.00; Reference: | 8200-003 | 0.00 |
| THOMAS P. MATHEWS and LOIS M. MATHEWS | Surplus of funds to Debtors | 8200-002 | 29,913.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,913.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Deutsche Bank National Trust Co, Trustee for | 4110-000 | N/A | 647,446.63 | 0.00 | 0.00 |
| NOTFILED | Chase | 4110-000 | 630,906.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 4110-000 | 154,561.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First National Bank | 4110-000 | 616,012.50 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 4110-000 | 102,000.00 | N/A | N/A | 0.00 |
| | First American Title Insurance Co. | 4700-070 | N/A | 900.32 | 900.32 | 900.32 |
| | First American Title Insurance Co. | 4700-000 | N/A | 3,180.02 | 3,180.02 | 3,180.02 |
| | First American Title Insurance Co. | 4700-000 | N/A | 11,734.30 | 11,734.30 | 11,734.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| First American Title Insurance Co. | 4700-000 | N/A | 46,132.58 | 46,132.58 | 46,132.58 |
| **TOTAL SECURED CLAIMS** | | | $1,503,479.50 | $709,393.85 | $61,947.22 | $61,947.22 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 25,805.06 | 25,805.06 | 25,805.06 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 918.08 | 918.08 | 918.08 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 11,862.50 | 11,862.50 | 11,862.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.14 | 81.14 | 81.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.60 | 73.60 | 73.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.00 | 71.00 | 71.00 |
| Rabobank, N.A. | 2600-000 | N/A | 54.87 | 54.87 | 54.87 |
| Rabobank, N.A. | 2600-000 | N/A | 47.95 | 47.95 | 47.95 |
| Matuszewich, Kelly & McKeever LLP | 3210-600 | N/A | 7,867.80 | 7,867.80 | 7,867.80 |
| Bruning & Associates, P.C. | 3210-600 | N/A | 7,768.12 | 7,768.12 | 7,768.12 |
| Rabobank, N.A. | 2600-000 | N/A | 47.35 | 47.35 | 47.35 |
| Rabobank, N.A. | 2600-000 | N/A | 43.61 | 43.61 | 43.61 |
| Rabobank, N.A. | 2600-000 | N/A | 56.39 | 56.39 | 56.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 36.35 | 36.35 | 36.35 |
| McHenry County Clerk | 2820-000 | N/A | 5,022.62 | 5,022.62 | 5,022.62 |
| Rabobank, N.A. | 2600-000 | N/A | 50.59 | 50.59 | 50.59 |
| Bruning & Associates, P.C. | 3210-600 | N/A | 6,874.51 | 6,874.51 | 6,874.51 |
| Rabobank, N.A. | 2600-000 | N/A | 50.21 | 50.21 | 50.21 |
| McHenry County Clerk | 2820-000 | N/A | 13,706.11 | 13,706.11 | 13,706.11 |
| Guyer & Enichen | 3210-600 | N/A | 686.00 | 686.00 | 686.00 |
| Rabobank, N.A. | 2600-000 | N/A | 30.48 | 30.48 | 30.48 |
| Rabobank, N.A. | 2600-000 | N/A | 15.89 | 15.89 | 15.89 |
| McHenry County Treasurer | 2820-000 | N/A | 6,427.77 | 6,427.77 | 6,427.77 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Joel Aronson | 3310-000 | N/A | 500.00 | 500.00 | 500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| First American Title Insurance Co. | 2820-000 | N/A | 5,892.65 | 5,892.65 | 5,892.65 |
| First American Title Insurance Co. | 2500-000 | N/A | 3,701.00 | 3,701.00 | 3,701.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.00 | 20.00 | 20.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 339.57 | 339.57 | 339.57 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Beth Mathews | 2500-000 | N/A | 12,180.00 | 12,180.00 | 12,180.00 |
| J. Aronson, Ltd. | 2500-000 | N/A | 11,147.50 | 11,147.50 | 11,147.50 |
| McHenry County Custom Builders, Inc. | 2500-000 | N/A | 13,600.00 | 13,600.00 | 13,600.00 |
| Campion, Curran, Dunlop | 2500-000 | N/A | 961.00 | 961.00 | 961.00 |
| Craig A. Willette | 3110-000 | N/A | 4,682.00 | 4,682.00 | 4,682.00 |
| Rabobank, N.A. | 2600-000 | N/A | 382.59 | 382.59 | 382.59 |
| Rabobank, N.A. | 2600-000 | N/A | 470.49 | 470.49 | 470.49 |
| Rabobank, N.A. | 2600-000 | N/A | 409.17 | 409.17 | 409.17 |
| Rabobank, N.A. | 2600-000 | N/A | 483.57 | 483.57 | 483.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $142,457.54 | $142,457.54 | $142,457.54 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Attorney General's Office (ADMINISTRATIVE) | 6990-000 | N/A | 0.00 | 9,500.00 | 9,500.00 |
| Attorney James E. Stevens | 6210-160 | N/A | 23,121.00 | 0.00 | 0.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 6210-160 | N/A | 23,121.00 | 23,121.00 | 23,121.00 |
| Illinois Department of Revenue | 6950-730 | N/A | 1,145.17 | 1,145.17 | 1,145.17 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $47,387.17 | $33,766.17 | $33,766.17 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Office of the United States Trustee | 5800-000 | N/A | 650.00 | 650.00 | 650.00 |
| NOTFILED | McHenry County Clerk | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $650.00 | $650.00 | $650.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | N/A | 56.95 | 56.95 | 56.95 |
| 1I | TARGET NATIONAL BANK | 7990-000 | N/A | 0.33 | 0.33 | 0.33 |
| 2 | TARGET NATIONAL BANK | 7100-000 | N/A | 2,517.13 | 2,517.13 | 2,517.13 |
| 2I | TARGET NATIONAL BANK | 7990-000 | N/A | 14.50 | 14.50 | 14.50 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,858.13 | 3,858.13 | 3,858.13 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 22.22 | 22.22 | 22.22 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 5,333.36 | 5,333.36 | 5,333.36 | 5,333.36 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 30.72 | 30.72 | 30.72 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,473.25 | 3,473.25 | 3,473.25 |
| 5I | Chase Bank USA, N.A. | 7990-000 | N/A | 20.00 | 20.00 | 20.00 |
| 6 | GE Money Bank | 7100-000 | N/A | 1,564.78 | 1,564.78 | 1,564.78 |
| 6I | GE Money Bank | 7990-000 | N/A | 9.01 | 9.01 | 9.01 |
| 7 | GE Money Bank | 7100-000 | N/A | 4,444.40 | 4,444.40 | 4,444.40 |
| 7I | GE Money Bank | 7990-000 | N/A | 25.60 | 25.60 | 25.60 |
| 8 | Internal Revenue Service CIO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -2 | Internal Revenue Service CIO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Matuszewich, Kelly & McKeever, LLP | 7100-000 | N/A | 50,310.97 | 50,310.97 | 50,310.97 |
| 11I | Matuszewich, Kelly & McKeever, LLP | 7990-000 | N/A | 289.75 | 289.75 | 289.75 |
| 12I | Office of the United States Trustee | 7990-000 | N/A | 3.74 | 3.74 | 3.74 |
| 13 | Master Property Owners Association | 7100-000 | N/A | 99,005.06 | 99,005.06 | 99,005.06 |
| 13I | Master Property Owners Association | 7990-000 | N/A | 570.19 | 570.19 | 570.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Matuszewich, Kelly & McKeever, LLP | 7100-000 | N/A | 48,425.98 | 0.00 | 0.00 |
| 15 | Jim Campion | 7100-000 | N/A | 14,111.00 | 14,111.00 | 14,111.00 |
| 15I | Jim Campion | 7990-000 | N/A | 81.27 | 81.27 | 81.27 |
| 16 | American InfoSource LP as agent for | 7100-000 | N/A | 56.95 | 0.00 | 0.00 |
| 17 | American InfoSource LP as agent for | 7100-000 | N/A | 2,517.13 | 0.00 | 0.00 |
| 18 | FIA CARD SERVICES, N.A. | 7100-000 | 3,526.50 | 3,500.00 | 3,500.00 | 3,500.00 |
| 18I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 20.16 | 20.16 | 20.16 |
| 20 | Wooded Shores PIA | 7200-000 | N/A | 22,886.00 | 22,886.00 | 22,886.00 |
| 20I | Wooded Shores PIA | 7990-000 | N/A | 131.80 | 131.80 | 131.80 |
| NOTFILED | Menards/HSBC Business Solutions | 7100-000 | 2,970.34 | N/A | N/A | 0.00 |
| NOTFILED | Patel Harsad | 7100-000 | 1,718.04 | N/A | N/A | 0.00 |
| NOTFILED | Meijer Platinum MC/GEMB | 7100-000 | 4,563.18 | N/A | N/A | 0.00 |
| NOTFILED | Retax Corp | 7100-000 | 3,961.95 | N/A | N/A | 0.00 |
| NOTFILED | Sabre Group, LLC | 7100-000 | 6,395.87 | N/A | N/A | 0.00 |
| NOTFILED | RKNK Corp | 7100-000 | 2,591.06 | N/A | N/A | 0.00 |
| NOTFILED | Patel Jignesh | 7100-000 | 3,322.18 | N/A | N/A | 0.00 |
| NOTFILED | Master Property Owners Association c/o Dean Krone | 7100-000 | 101,182.87 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Trustee | 7100-000 | 91,497.24 | N/A | N/A | 0.00 |
| NOTFILED | Hey and Associates | 7100-000 | 1,565.00 | N/A | N/A | 0.00 |
| NOTFILED | Hecht Shepherd LLC | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Funding | 7100-000 | 4,880.85 | N/A | N/A | 0.00 |
| NOTFILED | Jim Campion Campion, Curran, Dunlop, etc. | 7100-000 | 7,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Charge | 7100-000 | 3,833.63 | N/A | N/A | 0.00 |
| NOTFILED | Joel Aronson, LLC | 7100-000 | 10,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Matuszewich, Kelly & McKeever, LLP | 7100-000 | 47,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 3,847.85 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 3,259.04 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 2,077.16 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 2,077.16 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial | 7100-000 | 528.34 | N/A | N/A | 0.00 |
| NOTFILED | Wooded Shores Property Improvement | 7100-000 | 22,866.00 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial | 7100-000 | 1,013.61 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial | 7100-000 | 1,927.63 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 2,077.16 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 7100-000 | 4,254.10 | N/A | N/A | 0.00 |
| NOTFILED | Hal Davis | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 2,156.65 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 6,453.27 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,848.19 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,881.85 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 3,998.40 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 2,680.64 | N/A | N/A | 0.00 |
| NOTFILED | Steven Cuda | 7100-000 | 22,866.00 | N/A | N/A | 0.00 |
| NOTFILED | AJD Sales, LLC | 7100-000 | 1,720.65 | N/A | N/A | 0.00 |
| NOTFILED | Entrust FBO, Franley IRA | 7100-000 | 1,583.16 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Member Service | 7100-000 | 3,473.25 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Clerk | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,950.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $415,017.18 | $263,280.38 | $212,280.32 | $212,280.32 |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-82530   Doc 257   Filed 07/27/15   Entered 07/27/15 15:50:40   Desc Main
          Document      Page 9 of 18

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
                 MATHEWS, LOIS M  
**Period Ending:** 07/15/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/30/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/09/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7812 Oakwood, Wonder Lake, IL - rental house | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3145 E. Lake Shore Drive, Wonder Lake, IL 60097 | 700,000.00 | 0.00 | | 0.00 | FA |
| 3 | 7312 Hancock, Wonder Lake, IL - service station | 120,000.00 | 0.00 | | 0.00 | FA |
| 4 | 7812 Oakwood, Wonder Lake, IL - rental house | 160,000.00 | 0.00 | | 0.00 | FA |
| 5 | 60 acres, Greenwood, ($1,200,000.00) and 180 acr | 5,200,000.00 | 0.00 | | 0.00 | FA |
| 6 | McHenry Savings - Account #1020119945 in the nam | 4,570.84 | 0.00 | | 0.00 | FA |
| 7 | McHenry Savings -Acct #1020122501 in the name of | 971.86 | 0.00 | | 0.00 | FA |
| 8 | McHenry Savings Bank - Acct #1020121016 in the n | 380.00 | 0.00 | | 0.00 | FA |
| 9 | McHenry Savings McHenry, IL checking account - f | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | misc. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 12 | misc. items | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | McHenry Shores Water Company 553 customer at $90 | 4,977,000.00 | 450,000.00 | | 427,014.25 | FA |
| 14 | Crystal Clear Water Compay 294 cumsters at $9000 | 2,645,000.00 | 238,000.00 | | 0.00 | FA |
| 15 | T.P. Mathews Enterprises - office furnishings an | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | Terry Mathews | 527,592.00 | 0.00 | | 0.00 | FA |
| 17 | 1994 Cadillac | 2,500.00 | 0.00 | | 0.00 | FA |
| 18 | 1995 Tahoe | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | 1974 Ford Truck | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 1967 Cadillac | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1974 Pontoon | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 1986 Deck | 500.00 | 0.00 | | 0.00 | FA |
| 23 | tractor-grass cutter | 200.00 | 0.00 | | 0.00 | FA |
| 24 | Trust #13997 House, 3145 E. Lake Shore Drive, Wo | 69,000.00 | 0.00 | | 0.00 | FA |
| 25 | Trust #1388 Oakwood Shores Lots | 175,000.00 | 0.00 | | 0.00 | FA |
| 26 | Trust #13998 All Wooded Shores 21 lots - THE LOT | 180,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Period Ending:** 07/15/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/30/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27  Trust #13999 - Hebron, IL - 180 acres | 2,800,000.00 | 100,000.00 | | 54,000.00 | FA |
| 28  Trust #14000 - 60 acres on Greenwood Road, Woods | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 28  **Assets**  **Totals** (Excluding unknown values) | **$18,981,714.70** | **$788,000.00** | | **$481,014.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold a water utility that was a separate corporation from the underlying Debtor. During the reporting period the Trustee also caused to be filed the federal corporate income tax returns and caused all corporate creditors to be paid in full. Should be a surplus leftover. There should be nothing left to administer at this stage. Final report should be filed in January 2015.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013          **Current Projected Date Of Final Report (TFR):**   January 12, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-82530 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MATHEWS, THOMAS P | | **Bank Name:** | The Bank of New York Mellon |
| | MATHEWS, LOIS M | | **Account:** | ****-******56-66 - Checking Account |
| **Taxpayer ID #:** | **-***3520 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 07/15/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/12 | {27} | Benjamin Leedle | Hebron, IL farm property | 1229-000 | 36,000.00 | | 36,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.14 | 35,918.86 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.60 | 35,845.26 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.00 | 35,774.26 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 35,774.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,000.00 | 36,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,774.26 | |
| | | | **Subtotal** | | 36,000.00 | 225.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,000.00** | **$225.74** | |

{} Asset reference(s)

Printed: 07/15/2015 12:49 PM     V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Taxpayer ID #:** **-***3520  
**Period Ending:** 07/15/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 35,774.26 | | 35,774.26 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.87 | 35,719.39 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.95 | 35,671.44 |
| 03/20/13 | 10101 | Matuszewich, Kelly & McKeever LLP | Per Court order 3/18/13 | 3210-600 | | 7,867.80 | 27,803.64 |
| 03/20/13 | 10102 | Bruning & Associates, P.C. | Per Court order 3/18/13 | 3210-600 | | 7,768.12 | 20,035.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.35 | 19,988.17 |
| 04/12/13 | {27} | Benjamin W. Leedle | land rental | 1229-000 | 18,000.00 | | 37,988.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.61 | 37,944.56 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.39 | 37,888.17 |
| 06/05/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-82530, Bond #016018067 | 2300-000 | | 36.35 | 37,851.82 |
| 06/27/13 | | McHenry County Clerk | redeem 2009 taxes PIN 14-02-455-020 | 2820-000 | | 5,022.62 | 32,829.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.59 | 32,778.61 |
| 07/19/13 | 10104 | Bruning & Associates, P.C. | per Court order of 7/19 - Special Counsel fees/costs | 3210-600 | | 6,874.51 | 25,904.10 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.21 | 25,853.89 |
| 08/20/13 | | McHenry County Clerk | 19-10-151-001 (redeem 2009, 2010, 2011 & 2012 taxes | 2820-000 | | 13,706.11 | 12,147.78 |
| 08/21/13 | 10105 | Guyer & Enichen | per Ct. Order 8/19 pay attys | 3210-600 | | 686.00 | 11,461.78 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.48 | 11,431.30 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.89 | 11,415.41 |
| 10/03/13 | | McHenry County Treasurer | PIN 14-02-455-019 (2009-2012) | 2820-000 | | 6,427.77 | 4,987.64 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,977.64 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,967.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,957.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,947.64 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,937.64 |
| 03/14/14 | 10106 | Joel Aronson | Per Court order of 3/12 - pay acct fees | 3310-000 | | 500.00 | 4,437.64 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,427.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,417.64 |
| 06/03/14 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #11-82530, Bond #016018067 | 2300-000 | | 339.57 | 4,078.07 |
| 07/16/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 20.00 | 4,058.07 |

Subtotals :     $53,774.26     $49,716.19

{} Asset reference(s)                                                                 Printed: 07/15/2015 12:49 PM    V.13.23

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-82530 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MATHEWS, THOMAS P | | Bank Name: | Rabobank, N.A. |
| | MATHEWS, LOIS M | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***3520 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 07/15/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,048.07 |
| 09/04/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,038.07 |
| 09/05/14 | | From Account #******1167 | Per Court Order of 9/3/14 | 9999-000 | 317,584.88 | | 321,622.95 |
| 09/08/14 | 10108 | Craig A. Willette | Per Court Order of 8/12/14 for professional services | 3110-000 | | 4,682.00 | 316,940.95 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 382.59 | 316,558.36 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 470.49 | 316,087.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 409.17 | 315,678.70 |
| 12/02/14 | 10109 | Barrick, Switzer, Long, Balsley & Van Evera | per court order 12/1/14 | 6210-160 | | 23,121.00 | 292,557.70 |
| 12/31/14 | 10110 | Illinois Department of Revenue | pymt of late IL business taxes period 4/30/13 | 6950-730 | | 1,145.17 | 291,412.53 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 483.57 | 290,928.96 |
| 04/23/15 | 10111 | JOSEPH D. OLSEN | Dividend paid 100.00% on $918.08, Trustee Expenses; Reference: | 2200-000 | | 918.08 | 290,010.88 |
| 04/23/15 | 10112 | Yalden, Olsen & Willette | Dividend paid 100.00% on $11,862.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,862.50 | 278,148.38 |
| 04/23/15 | 10113 | JOSEPH D. OLSEN | Dividend paid 100.00% on $25,805.06, Trustee Compensation; Reference: | 2100-000 | | 25,805.06 | 252,343.32 |
| 04/23/15 | 10114 | Illinois Attorney General's Office (ADMINISTRATIVE) | Dividend paid 100.00% on $9,500.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 9,500.00 | 242,843.32 |
| 04/23/15 | 10115 | MATHEWS, THOMAS P | Dividend paid 100.00% on $29,913.00; Claim# SURPLUS; Filed: $29,913.00; Reference: Voided on 04/27/15 | 8200-003 | | 29,913.00 | 212,930.32 |
| 04/23/15 | 10116 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,3I | | | 3,880.35 | 209,049.97 |
| | | | Dividend paid 100.00% on $3,858.13;  Claim# 3; Filed: $3,858.13 | 3,858.13 | 7100-000 | | 209,049.97 |
| | | | Dividend paid 100.00% on $22.22;  Claim# 3I; Filed: $22.22 | 22.22 | 7990-000 | | 209,049.97 |
| 04/23/15 | 10117 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,4I,5I | | | 8,857.33 | 200,192.64 |
| | | | Dividend paid 100.00% on $5,333.36;  Claim# 4; Filed: $5,333.36 | 5,333.36 | 7100-000 | | 200,192.64 |
| | | | Dividend paid 100.00% | 3,473.25 | 7100-000 | | 200,192.64 |

Subtotals :        $317,584.88        $121,450.31

{} Asset reference(s)

Printed: 07/15/2015 12:49 PM    V.13.23

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Taxpayer ID #:** **-***3520  
**Period Ending:** 07/15/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $3,473.25;  Claim# 5;<br>Filed: $3,473.25 | | | | |
| | | | Dividend paid 100.00%    30.72<br>on $30.72;  Claim# 4I;<br>Filed: $30.72 | 7990-000 | | | 200,192.64 |
| | | | Dividend paid 100.00%    20.00<br>on $20.00;  Claim# 5I;<br>Filed: $20.00 | 7990-000 | | | 200,192.64 |
| 04/23/15 | 10118 | FIA CARD SERVICES, N.A. | Combined Check for Claims#18,18I | | | 3,520.16 | 196,672.48 |
| | | | Dividend paid 100.00%    3,500.00<br>on $3,500.00;  Claim#<br>18; Filed: $3,500.00 | 7100-000 | | | 196,672.48 |
| | | | Dividend paid 100.00%    20.16<br>on $20.16;  Claim# 18I;<br>Filed: $20.16 | 7990-000 | | | 196,672.48 |
| 04/23/15 | 10119 | GE Money Bank | Combined Check for Claims#6,7,6I,7I | | | 6,043.79 | 190,628.69 |
| | | | Dividend paid 100.00%    1,564.78<br>on $1,564.78;  Claim# 6;<br>Filed: $1,564.78 | 7100-000 | | | 190,628.69 |
| | | | Dividend paid 100.00%    4,444.40<br>on $4,444.40;  Claim# 7;<br>Filed: $4,444.40 | 7100-000 | | | 190,628.69 |
| | | | Dividend paid 100.00%    9.01<br>on $9.01;  Claim# 6I;<br>Filed: $9.01 | 7990-000 | | | 190,628.69 |
| | | | Dividend paid 100.00%    25.60<br>on $25.60;  Claim# 7I;<br>Filed: $25.60 | 7990-000 | | | 190,628.69 |
| 04/23/15 | 10120 | Jim Campion | Combined Check for Claims#15,15I | | | 14,192.27 | 176,436.42 |
| | | | Dividend paid 100.00%    14,111.00<br>on $14,111.00;  Claim#<br>15; Filed: $14,111.00 | 7100-000 | | | 176,436.42 |
| | | | Dividend paid 100.00%    81.27<br>on $81.27;  Claim# 15I;<br>Filed: $81.27 | 7990-000 | | | 176,436.42 |
| 04/23/15 | 10121 | Master Property Owners Association | Combined Check for Claims#13,13I | | | 99,575.25 | 76,861.17 |
| | | | Dividend paid 100.00%    99,005.06<br>on $99,005.06;  Claim#<br>13; Filed: $99,005.06 | 7100-000 | | | 76,861.17 |

Subtotals :             $0.00       $123,331.47

{} Asset reference(s)

Printed: 07/15/2015 12:49 PM     V.13.23

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Taxpayer ID #:** **-***3520  
**Period Ending:** 07/15/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% on $570.19; Claim# 13I; Filed: $570.19 | 570.19 | 7990-000 | | | 76,861.17 |
| 04/23/15 | 10122 | Matuszewich, Kelly & McKeever, LLP | Combined Check for Claims#11,11I | | | | 50,600.72 | 26,260.45 |
| | | | Dividend paid 100.00% on $50,310.97; Claim# 11; Filed: $50,310.97 | 50,310.97 | 7100-000 | | | 26,260.45 |
| | | | Dividend paid 100.00% on $289.75; Claim# 11I; Filed: $289.75 | 289.75 | 7990-000 | | | 26,260.45 |
| 04/23/15 | 10123 | Office of the United States Trustee | Combined Check for Claims#12,12I | | | | 653.74 | 25,606.71 |
| | | | Dividend paid 100.00% on $650.00; Claim# 12; Filed: $650.00 | 650.00 | 5800-000 | | | 25,606.71 |
| | | | Dividend paid 100.00% on $3.74; Claim# 12I; Filed: $3.74 | 3.74 | 7990-000 | | | 25,606.71 |
| 04/23/15 | 10124 | TARGET NATIONAL BANK | Combined Check for Claims#1,2,1I,2I | | | | 2,588.91 | 23,017.80 |
| | | | Dividend paid 100.00% on $56.95; Claim# 1; Filed: $56.95 | 56.95 | 7100-000 | | | 23,017.80 |
| | | | Dividend paid 100.00% on $2,517.13; Claim# 2; Filed: $2,517.13 | 2,517.13 | 7100-000 | | | 23,017.80 |
| | | | Dividend paid 100.00% on $0.33; Claim# 1I; Filed: $0.33 | 0.33 | 7990-000 | | | 23,017.80 |
| | | | Dividend paid 100.00% on $14.50; Claim# 2I; Filed: $14.50 | 14.50 | 7990-000 | | | 23,017.80 |
| 04/23/15 | 10125 | Wooded Shores PIA | Combined Check for Claims#20,20I | | | | 23,017.80 | 0.00 |
| | | | Dividend paid 100.00% on $22,886.00; Claim# 20; Filed: $22,886.00 | 22,886.00 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $131.80; Claim# 20I; Filed: $131.80 | 131.80 | 7990-000 | | | 0.00 |
| 04/27/15 | 10115 | MATHEWS, THOMAS P | Dividend paid 100.00% on $29,913.00; Claim# | | 8200-003 | | -29,913.00 | 29,913.00 |

Subtotals :           $0.00           $46,948.17

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 11-82530 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MATHEWS, THOMAS P | | Bank Name: | Rabobank, N.A. |
| | MATHEWS, LOIS M | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***3520 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 07/15/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/15 | 10126 | THOMAS P. MATHEWS and LOIS M. MATHEWS | SURPLUS; Filed: $29,913.00; Reference:<br>Voided: check issued on 04/23/15<br>Surplus of funds to Debtors | 8200-002 | | 29,913.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 371,359.14 | 371,359.14 | $0.00 |
| | | | Less: Bank Transfers | | 353,359.14 | 0.00 | |
| | | | **Subtotal** | | 18,000.00 | 371,359.14 | |
| | | | Less: Payments to Debtors | | | 29,913.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,000.00** | **$341,446.14** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 11-82530  
**Case Name:** MATHEWS, THOMAS P  
MATHEWS, LOIS M  
**Taxpayer ID #:** **-***3520  
**Period Ending:** 07/15/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1167 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/16/14 | | First American Title Insurance Co. | Sale of MSWC to Aqua Illinois | | | 355,473.38 | | 355,473.38 |
| | {13} | | | 427,014.25 | 1129-000 | | | 355,473.38 |
| | | | 2013 taxes (parcel 019) | -900.32 | 4700-070 | | | 355,473.38 |
| | | | 2013 taxes (parcel 020) | -3,180.02 | 4700-000 | | | 355,473.38 |
| | | | 2013 taxes (parcel 021) | -11,734.30 | 4700-000 | | | 355,473.38 |
| | | | Payoff loan to McHenry Co. Clerk | -46,132.58 | 4700-000 | | | 355,473.38 |
| | | | County taxes | -5,892.65 | 2820-000 | | | 355,473.38 |
| | | | closing fees/weed liens/searches | -3,701.00 | 2500-000 | | | 355,473.38 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 193.82 | 355,279.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 499.83 | 354,779.73 |
| 07/16/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -693.65 | 355,473.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 482.83 | 354,990.55 |
| 09/04/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -482.83 | 355,473.38 |
| 09/04/14 | 101 | Beth Mathews | Per Court Order 9/3/14 | | 2500-000 | | 12,180.00 | 343,293.38 |
| 09/04/14 | 102 | J. Aronson, Ltd. | Per Court order 9/3/14 | | 2500-000 | | 11,147.50 | 332,145.88 |
| 09/04/14 | 103 | McHenry County Custom Builders, Inc. | Per Court order 9/3/14 | | 2500-000 | | 13,600.00 | 318,545.88 |
| 09/04/14 | 104 | Campion, Curran, Dunlop | Per Court Order 9/3/14 | | 2500-000 | | 961.00 | 317,584.88 |
| 09/05/14 | | To Account #******1166 | Per Court Order of 9/3/14 | | 9999-000 | | 317,584.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 355,473.38 | 355,473.38 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 317,584.88 | |
| | | | **Subtotal** | | | 355,473.38 | 37,888.50 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$355,473.38** | **$37,888.50** | |

{} Asset reference(s)

Printed: 07/15/2015 12:49 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case Number:** 11-82530 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MATHEWS, THOMAS P | **Bank Name:** Rabobank, N.A. |
| MATHEWS, LOIS M | **Account:** ******1167 - Checking Account |
| **Taxpayer ID #:** **-***3520 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 07/15/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 409,473.38 |
| Plus Gross Adjustments : | 71,540.87 |
| Less Payments to Debtor : | 29,913.00 |
| Net Estate : | $451,101.25 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******56-66** | 36,000.00 | 225.74 | 0.00 |
| **Checking # ******1166** | 18,000.00 | 341,446.14 | 0.00 |
| **Checking # ******1167** | 355,473.38 | 37,888.50 | 0.00 |
| | $409,473.38 | $379,560.38 | $0.00 |

{} Asset reference(s)